**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA A. CASAZZA, | No. C07-02859 MJJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

On December 13, 2007 the Court denied Plaintiff Linda Casazza's ("Plaintiff") request to proceed *in forma pauperis*. (Docket No. 8.) The Court gave Plaintiff leave to file an amended *in forma pauperis* application, if any, within thirty days of the entry of the Order. To date, Plaintiff has not filed an amended application or paid the required filing fee. The Court therefore **ORDERS** the case **DISMISSED**. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 18, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE