

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA A. CASAZZA, | No. C07-02859 MJJ |
| Plaintiff, | **ORDER GRANTING MOTION FOR RELIEF UNDER FED. R. CIV. P. RULE 60(b)(1)** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

On December 13, 2007 the Court denied Plaintiff Linda Casazza's ("Plaintiff") request to proceed *in forma pauperis*. The Court gave Plaintiff leave to file an amended *in forma pauperis* application, if any, within thirty days of the entry of the order. On January 18, 2008, the Court dismissed the case because Plaintiff did not file an amended application or pay the required filing fee. Shortly thereafter, Plaintiff paid the filing fee and filed this Motion for Relief Under Federal Rule of Civil Procedure 60(b)(1). (Docket No. 10.) Pursuant to Rule 60(b)(1), "the court may relieve a party or its legal representative from a final judgment, order, or proceeding . . . [for] mistake, inadvertence, surprise, or excusable neglect[.]" The Court, in its discretion, **GRANTS** Plaintiff's Motion. The Clerk of the Court is directed to re-open the file.

**IT IS SO ORDERED.**

Dated: May 1/, 2008

_____
SUSAN Y. ILLSTON
UNITED STATES DISTRICT JUDGE